# EXHIBIT A

*Masterfile*

Masterfile Corporation
3 Concorde Gate, 4th Floor
Toronto, Ontario, Canada  M3C 3N7

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

January 29, 2009

**VIA FEDERAL EXPRESS**

Martin Paredes
COGNENT INC.
4712 Woodrow Bean
El Paso, Texas
USA, 79924

Dear Mr. Paredes:

**Re:     Notice of Copyright Infringement – www.elpasowebs.com**

Masterfile Corporation ("Masterfile") is in the business of licensing rights-managed images for commercial reproduction by clients around the world.

It has come to Masterfile's attention that you have published twelve (12) of Masterfile's images on the above noted website.  A copy of the images and a printout of the respective pages on your website are attached to this letter for your reference.

The images are represented exclusively by Masterfile and registered in the Copyright Office of the United States Library of Congress. You may verify Masterfile's ownership by visiting www.masterfile.com and entering the respective image code in the search engine.

Masterfile can find no reference to these images having been licensed for reproduction on your website. The usage above directly violates Masterfile's and the artist's exclusive rights to reproduce, adapt, display, distribute, and/or create derivative works.  Be advised that any entity that violates these exclusive rights of the copyright owner is an infringer of the copyright and is thus liable, regardless of prior knowledge of the unauthorized usage. Also note, the *Copyright Act* provides for individual liability for all those associated with the infringement as well as corporate liability.

Rather than initiate a legal action for copyright infringement, Masterfile is proposing, on a without prejudice basis, the following settlement: **Masterfile is willing to arrange for a retroactive license in accordance with Masterfile's terms and conditions at www.masterfile.com, provided that you: (a) cease and desist from any and all uses of the images; and (b) pay the retroactive license fee noted in the enclosed claim within ten (10) days. Please note that you must return the enclosed stamped claim along with your payment in order for Masterfile to conclude this matter.  If you do not comply, Masterfile will initiate a lawsuit for copyright infringement without further notice to you.**

**Subject to your payment of the retroactive licensing fee, you may inquire about continued use of our images for future promotional purposes.  Please contact me immediately to discuss arranging a license in this capacity.**

Masterfile treats copyright infringement as a serious matter.  As such, Masterfile makes every effort to ensure its intellectual property is protected and it pursues any possible cases of improper use.  Masterfile is hopeful that this matter can be resolved quickly and amicably.  Contact received by the due date will be regarded as a gesture of



good intent. Please note that nothing in this notice should be construed as a waiver of any of Masterfile's rights, remedies or protections under law.

The information on this notice of copyright infringement is accurate and under the penalty of perjury, the undersigned is authorized to act on behalf of Masterfile with respect to this matter.

If you have any questions, kindly contact me without delay.

Yours truly,

# COPY

Shahayda Babb
Copyright Compliance Officer

SB/tg
Encls.



Masterfile Corporation
3 Concorde Gate, 4th Floor
Toronto, Ontario, Canada M3C 3N7

416-929-3000
800-387-9010 toll free
416-929-2104 fax
finance@masterfile.com

masterfile.com

*COPY*

# CLAIM
# No. PMI-400-543
## 2009 Jan 28

**CLIENT:** Martin Paredes
COGNENT INC
4712 Woodrow Bean
El Paso, TX
USA, 79924

Rep: Legal Compliance

**NO REPRODUCTION RIGHTS GRANTED:** COMPLIANCE FEE LICENSING THE RETROACTIVE USE OF TWELVE (12) IMAGES ON WEBSITE AT WWW.ELPASOWEBS.COM, FOR COGNENT INC (I T SERVICES), UNTIL FEBRUARY 12, 2009, TO CONSUMERS - WORLD.

| IMAGE CODE | DESCRIPTION | RELEASE* | SIZE | ARTIST | | RATE |
|---|---|---|---|---|---|---|
| 700-00025235 | Mature Businessman | Y/N | 1x sec page | MTPA Stock | US $ | 2010.00 |
| 700-00028480 | Silhouette/Men | N/N | 1x sec page | Mark Tomalty | US $ | 2010.00 |
| 700-00028978 | Wire Globe with Ring | N/N | home & sec page | Ken Davies | US $ | 4020.00 |
| 700-00029157 | Ring of Hands | Y/N | 1x sec page | Pierre Tremblay | US $ | 2010.00 |
| 700-00029606 | Antique Safe | N/N | mult sec pages | David Muir | US $ | 3510.00 |
| 700-00030143 | Businessman | Y/N | 1x sec page | Jim Craigmyle | US $ | 2010.00 |
| 700-00030287 | Business Meeting | Y/N | mult sec pages | MTPA Stock | US $ | 3510.00 |
| 700-00030432 | Business Meeting | Y/N | 1x sec page | MTPA Stock | US $ | 2010.00 |
| 700-00031681 | Businesswoman | Y/N | 1x sec page | Peter Christopher | US $ | 2010.00 |
| 700-00032040 | Stack of Discs | N/N | mult sec pages | Paul Eekhoff | US $ | 3510.00 |
| 700-00032445 | Circuit Board | N/N | mult sec pages | Rick Fischer | US $ | 3510.00 |
| 700-00032488 | @ Symbol on Computer | N/N | 1x sec page | Boden/Ledingham | US $ | 2010.00 |

**PAY THIS AMOUNT** >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>  **Payable Upon Receipt - TOTAL:**  US $   32130.00

## GENERAL TERMS OF CLAIM INVOICE

1. This is not a license. No reproduction rights are granted or implied herein. Rights to reproduce an image may only be acquired subject to the terms of a written license from Masterfile.

2. If this Claim Invoice is issued pursuant to a prior transaction between the parties, refer to the "Terms of Loan" and/or the "General Terms and Conditions of Invoice/License" set forth in separate documents previously delivered to the client.

3. This invoice is due and payable upon receipt. Interest of 2% per month will be charged after 30 days.

4. This invoice is subject to the laws of the Province of Ontario. Jurisdiction shall be in the municipality of Metropolitan Toronto.

## Transaction Details

Report Data: 488461

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

**Address**  4712 Woodrow Bean
El Paso, TX 79924
Tel: 915-755-3600
Fax: 915-755-3607
E-mail: sales@cognent.com

**Country:**  United States

**More Data:**

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00025235

**Screen Capture**

Cognent :: El Paso Websites & Technology Solutions Firm :: Domain Name Management

http://www.elpasowebs.com/domainmanagement.htm

Home Page



cognent



700-00025235

COMPANY INFORMATION

**Domain Name Management**
**Data Management**
**Internet / Website Services**
**Graphic Design**
**HR & CRM Products**
**Network Architecture & Support**
**WiFi - Wireless Services**
**Custom Software Development**
**Managed Services / Colocation**


Newsroom

Webmail

Client Portal

## Domain Portfolio Management:

Today's businesses depend on the goodwill they portray to the community. Your corporate image can be assisted by a good domain name strategy.

Cognent provides solutions to help you control your "domain space" to safeguard your public reputation, customers and distribution strategies.

Ask yourself these simple questions.

- Do you know when your domains are up for renewal?
- Do you know what domains can threaten your company's goodwill?
- Do you know what domains can assist your company in gaining market share?
- And finally, do you know what Top Level Domains (TLDs) you should be looking at to protect your company?

If you cannot answer "yes" to all of the questions then you need Cognent's affordable domain management services.

## Our Domain Management Services:

A centralized management service for all of your domain names, including the Top Level Domains (TLDs) of countries you operate in, your brand name domains and defensive domain name acquisitions, monitoring and oversight services.

Done

## *Transaction Details*

**Report Data:**

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

**Contact Details:**

| | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00032488



**Screen Capture**



Home Page

# cognent



@

700-000 3248

MF

→

**Domain Name Management**
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Supp
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation


Our Work


Newsroom

Webmail


Client Portal

## Domain Portfolio Management:

Today's businesses depend on the goodwill they portray to the community. Your corporate image can be assisted by a good domain name strategy.

Cognent provides solutions to help you control your "domain space" to safeguard your public reputation, customers and distribution strategies.

Ask yourself these simple questions.

- Do you know when your domains are up for renewal?

- Do you know what domains can threaten your company's goodwill?

- Do you know what domains can assist your company in gaining market share?

- And finally, do you know what Top Level Domains (TLDs) you should be looking at to protect your company?

If you cannot answer "yes" to all of the questions then you need Cognent's affordable domain management services.

## Our Domain Management Services:

A centralized management service for all of your domain names, including the Top Level Domains (TLDs) of countries you operate in, your brand name domains and defensive domain name acquisitions, monitoring and oversight services.

Done

## Transaction Details

**Report Data: 488462**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

| **Catalog Image No. 700-00028480** | **Screen Capture** |
|---|---|

# cognent



## Data Management





1-800-000-28480

**Data Management Services:**

Data management is one of the most overlooked pieces of the IT puzzle but it is also the most critical to any business. Outside of your human resources, your data is your company's most valuable asset. Data management transcends more than simple backups. It encompasses accessibility, protection and management of vast amounts of data. Cognent offers time tested data management to protect your cash flow, and assist your mission critical components to operate smoothly even in the most serious of disasters.

Some of the Data Management Services we offer:

- Disaster Recovery
- Mass storage solutions
- Sarbanes-Oxley Act Of 2002 Compliance

Call your service representative today for more information on these and other data management needs.

Need custom software development or add-ons to your software? Click here.

## *Transaction Details*

**Report Data: 488463**

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

| Contact Details: | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00029157

**Screen Capture**





File   Edit   View   History   Bookmarks   Tools   Help

http://www.elpasowebs.com/hrcrmproduct.htm

Home Page



# cognent

COMPANY INFORMATION

**Domain Name Management**
**Data Management**
**Internet / Website Services**
**Graphic Design**
**HR & CRM Products**
**Network Architecture & Support**
**WiFi – Wireless Services**
**Custom Software Development**
**Managed Services / Colocation**

## amitor™

### relationformation

700-00029157 ←

Newsroom

Webmail

Client
Portal

**Amitor** is a revolutionary new software that quickly and securely tracks and stores all your business-related information, including:

- Client Names, Addresses and Phone Numbers
- Vendor Contact Information and Purchase History
- Daily, Weekly and Monthly Calendars
- Itineraries, Alerts and Reminders
- Sales Histories and much, much more!

Gone are the days of trying to consolidate all your important business information from multiple sources and incompatible software or devices. Amitor keeps everything you need right at your fingertips no matter where you are. You can view, print, download, upload and merge calendars, contacts, sales

Done

## Transaction Details

**Report Data: 488464**

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

| Contact Details: | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|
| | | |

| Catalog Image No. 700-00028978 | Screen Capture |
|---|---|





# cognent

**COMPANY INFORMATION**

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation

700 - 000 28978
globe

Our Work

 

Newsroom



Webmail

## The Cognent Experience

We are El Paso Texas home based, but our services are found worldwide. Cognent is a full-service provider specializing in Information Technology (IT) and web applications:

- Website design and development - Cognent specializes in customer, tri-lingual and bi-cultural website design projects including but not limited to shopping carts, Web2.0 and newsletter systems. Our custom, professional websites start at only $300.00 and can be ready in just days!

- Cognent offers the best Website Content Management System (CMS) available on the market. Our CMS allows you to have a state-of-the-art website that you and your staff can manage with simple online commands. If you know how to use Microsoft Word, you can use Cognent's ManageIT. Unlike our competitor's CMS, Cognent's Content Management System gives you the ability to control over 90% of your site's content at your leisure.

- Internet and domain name services - Cognent is the leader in domain name registrations, search engine optimization (SEO) and website marketing in the El Paso, Texas, Cd. Juarez region.

- Hardware installation and cabling - Computer repair, sales and installation is one of our core product offerings.

Done

## *Transaction Details*

**Report Data: 488465**

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

**Contact Details:**

Address    4712 Woodrow Bean
El Paso, TX 79924
Tel: 915-755-3600
Fax: 915-755-3607
E-mail: sales@cognent.com

Country:    United States

More Data:

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00028978    **Screen Capture**



http://www.elpasowebs.com/map.htm

# cognent

**Home Page**

**COMPANY INFORMATION**

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation

700-000 28978
globe

Newsroom

Webmail

Client
Portal

Home

Portfolio

Domain Name Management

Data Management

Disaster Recovery

Mass Storage Solutions

Sarbanes-Oxley Act of 2002 Compliance

eNetSimple

Graphic Design

HR & CRM Products

Network Support

Done

Friday, Jan 16, 2009  11:08 AM
PrintKey 2000 Version 5.10

## Transaction Details

**Report Data: 488466**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | |
|---|---|
| Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| Country: | United States |
| More Data: | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No.** 700-00030287

**Screen Capture**

 

File   Edit   View   History   Bookmarks   Tools   Help

http://www.elpasowebs.com/networksupport.htm

**Home Page**



**COMPANY INFORMATION**

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation

700-00030287


Newsroom


Webmail

Client Portal

### Network Architecture Services:

Just what is a network as far as Information Technology and your business is concerned? Simply put, your business has more than one computer consider your office equipment to be a team, a team tha needs to work efficiently together. Your computers, printers, scanners, servers, email, Interna connections and computer faxes must work as a coordinated team for your business to be effectiv and efficient. All the parts of a network need to talk to each other, their speeds and their capabilitie coordinated together. If they are not, your office equipment won't function properly, ultimately costin your company more resources.

Cognent's team of certified IT consulting experts can help any businesses plan, deploy, troubleshoot and support major rollouts of key Microsoft technology such as Active Directory, Microsoft Exchange Server, Systems Management Server and SQL Server, as well as Unix or Linux based solutions. Cognent can efficiently manage your IT solution remotely and on-site as the needs dictate. Cognent has the experience of some of the world's largest companies successfully integrating mission-critical IT solutions based on Microsoft and Open Source technology.

Cognent's business consulting services include certified professionals who are industry veterans with extensive experience working with business IT systems.

Cognent professionals offer expertise in helping businesses create a comprehensive security strategy that incorporates the latest technology from Microsoft and Cisco and adheres to industry best practices.

Cognent offers support with large-scale project management to include professional support for major upgrades or migrations to or within the Microsoft family of IT solutions.

Done

Friday, Jan 16, 2009 11:15 AM
PrintKey 2000 Version 5.10

## Transaction Details

| | |
|---|---|
| **Report Data: 488467** | |
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | | |
|---|---|---|
| | **Address** | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | **Country:** | United States |
| | **More Data:** | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|
| | | |

**Catalog Image No. 700-00030287**

**Screen Capture**

cognent

Home Page
Domain Management
Data Management
eNet Simple
Graphic Design
HR & CRM Products
Network Support
Custom Software
Managed Service
Internet / Intranet
WiFi Services
Corporate Information
For Journalists
Customer Service

## Help Desk & Service Level Agreements

Have you considered what it would cost your company to hire a permanent c   1 00-000 30287
troubleshoot problems with your computers, networks and Internet connectivity   t
is but a fraction of that cost.

## Help Desk:

The Cognent Help Desk guarantees you the backing of over 100 years of IT Business Solution experience to troubleshoot and
solve your problems. Cognent offers a Help Desk option for business that is second to none. No matter if your company is
having difficulty with hardware, software, network, connectivity, internet, or any other problems related to your IT Business
needs, Cognent can find the solution for you.

When your workforce is stumped and frustrated with IT issues stifling their progress and impacting productivity, Cognent's
expert technicians are but a phone call away.

## Help Desk Solutions:

Cognent can provide full or partial service desk outsourcing as well as overflow support for existing service operations.

Some of the features offered in our Service Desk Solutions are:

- Call Management with Incident tracking

- Problem or Issue Resolution

- Certified Technicians

- Single Point of Contact for Service Requests

- Desktop Remote Control

- Service Level Agreements (SLA)

Cognent provides full service desk solutions housed in our facilities or we can build a custom solution on the customer's own
facility. Cognent can also provide services for companies with existing internal help desks that need overflow support during
peak periods or off-hours. Service desk solutions include single point of contact to end users for logging and resolving

## Transaction Details

**Report Data:**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | |
|---|---|
| Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| Country: | United States |
| More Data: | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No.** 700-00032445 **Screen Capture**



# cognent



700-0783 2445

MF

**COMPANY INFORMATION**

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation


Newsroom

Webmail


Client Portal

## Network Architecture Services:

Just what is a network as far as Information Technology and your business is concerned? Simply put, if your business has more than one computer consider your office equipment to be a team, a team that needs to work efficiently together. Your computers, printers, scanners, servers, email, Internet connections and computer faxes must work as a coordinated team for your business to be effective and efficient. All the parts of a network need to talk to each other, their speeds and their capabilities coordinated together. If they are not, your office equipment won't function properly, ultimately costing your company more resources.

Cognent's team of certified IT consulting experts can help any businesses plan, deploy, troubleshoot and support major rollouts of key Microsoft technology such as Active Directory, Microsoft Exchange Server, Systems Management Server and SQL Server, as well as Unix or Linux based solutions. Cognent can efficiently manage your IT solution remotely and on-site as the needs dictate. Cognent has the experience of some of the world's largest companies successfully integrating mission-critical IT solutions based on Microsoft and Open Source technology.

Cognent's business consulting services include certified professionals who are industry veterans with extensive experience working with business IT systems.

Cognent professionals offer expertise in helping businesses create a comprehensive security strategy that incorporates the latest technology from Microsoft and Cisco and adheres to industry best practices.

Cognent offers support with large-scale project management to include professional support for major upgrades or migrations to or within the Microsoft family of IT solutions.

Done

INTERNET ARCHIVE

**WaybackMachine**

**Enter Web Address:** http://   All ▼   Take Me Back   Adv. Search

0 pages found for http://www.elpasowebs.com/networksupport.htm

## Sorry, no matches.

Keep in mind...

- **There is no text search.** Enter a web address in the box above.

- Click here to search for all pages on elpasowebs.com/

- Material typically becomes available here 6 months after collection (See FAQ)

- See the FAQs for more info and help, or contact us.

Home | Help

Internet Archive | Terms of Use | Privacy Policy

## *Transaction Details*

**Report Data:**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | | |
|---|---|---|
| | **Address** | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | **Country:** | United States |
| | **More Data:** | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No. 700-00032445**          **Screen Capture**

cognent

Home Page
Domain Management
Data Management
eNet Simple
Graphic Design
HR & CRM Products
Network Support
Custom Software
Managed Service
Internet / Intranet
WiFi Services
Corporate Information
For Journalists
Customer Service

## Help Desk & Service Level Agreements

Have you considered what it would cost your company to hire a permanent computer technician that could troubleshoot problems with your computers, networks and Internet connectivity? Cognent has a solution that is but a fraction of that cost.

100-0003244S

MF

### Help Desk:

The Cognent Help Desk guarantees you the backing of over 100 years of IT Business Solution experi solve your problems. Cognent offers a Help Desk option for business that is second to none. No m having difficulty with hardware, software, network, connectivity, internet, or any other problems rel needs, Cognent can find the solution for you.

When your workforce is stumped and frustrated with IT issues stifling their progress and impacting productivity, Cognent's expert technicians are but a phone call away.

### Help Desk Solutions:

Cognent can provide full or partial service desk outsourcing as well as overflow support for existing service operations.

Some of the features offered in our Service Desk Solutions are:

- Call Management with Incident tracking

- Problem or Issue Resolution

- Certified Technicians

- Single Point of Contact for Service Requests

- Desktop Remote Control

- Service Level Agreements (SLA)

Cognent provides full service desk solutions housed in our facilities or we can build a custom solution on the customer's own facility. Cognent can also provide services for companies with existing internal help desks that need overflow support during peak periods or off-hours. Service desk solutions include single point of contact to end users for logging and resolving

INTERNET ARCHIVE

**WaybackMachine**

**Enter Web Address:** http://      All ▾    Take Me Back    Adv. Search

0 pages found for http://www.elpasowebs.com/pda/helpdesk.htm

## Sorry. no matches.

Keep in mind...

- **There is no text search.** Enter a web address in the box above.
- Click here to search for all pages on elpasowebs.com/
- Material typically becomes available here 6 months after collection (See FAQ)
- See the FAQs for more info and help, or contact us.

Home | Help

Done

Friday, Jan 16, 2009 12:45 PM
PrintKey 2000 Version 5.10

## *Transaction Details*

Report Data: 488468

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |

**Contact Details:**

| | |
|---|---|
| Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| Country: | United States |
| More Data: | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No.** 700-00032040      **Screen Capture**





# Cognent :: El Paso Websites & Technology Solutions Firm :: Data Management - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.elpasowebs.com/datamanagement.htm

## Home Page



700-0003204o

### COMPANY INFORMATION

- Domain Name Management
- **Data Management**
- Internet / Website Services
- Graphic Design
- HR & CRM Products
- Network Architecture & Support
- WiFi - Wireless Services
- Custom Software Development
- Managed Services / Colocation

Newsroom

Webmail

Client Portal

## Data Management Services:

Data management is one of the most overlooked pieces of the IT puzzle but it is also the most critical to any business. Outside of your human resources, your data is your company's most valuable asset. Data management transcends more than simple backups. It encompasses accessibility, protection and management of vast amounts of data. Cognent offers time tested data management to protect your cash flow, and assist your mission critical components to operate smoothly even in the most serious of disasters.

Some of the Data Management Services we offer:

- Disaster Recovery
- Mass storage solutions
- Sarbanes-Oxley Act of 2002 Compliance

Call your service representative today for more information on these and other data management needs.

Need custom software development or add-ons to your software? Click here.

Done

Friday, Jan 16, 2009 11:20 AM
PrintKey 2000 Version 5.10

## *Transaction Details*

**Report Data:**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |

| **Contact Details:** | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. 700-00032040**          **Screen Capture**

# cognent



## Data Management



700-003204 0
MF

**Data Management Services:**

Data management is one of the most overlooked pieces
of the IT puzzle but it is also the most critical to any
business. Outside of your human resources, your data is
your company's most valuable asset. Data management
transcends more than simple backups. It encompasses
accessibility, protection and management of vast
amounts of data. Cognent offers time tested data
management to protect your cash flow, and assist your
mission critical components to operate smoothly even in
the most serious of disasters.

Some of the Data Management Services we offer:

- Disaster Recovery

- Mass storage solutions

- Sarbanes-Oxley Act Of 2002 Compliance

Call your service representative today for more information on these and other data
management needs.

Need custom software development or add-ons to your software? Click here.

## *Transaction Details*

**Report Data: 488469**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | | |
|---|---|---|
| | Address | 4712 Woodrow Bean |
| | | El Paso, TX 79924 |
| | | Tel: 915-755-3600 |
| | | Fax: 915-755-3607 |
| | | E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No.** 700-00029606      **Screen Capture**

File   Edit   View   History   Bookmarks   Tools   Help

http://www.elpasowebs.com/datamanagement.htm

**Home Page**



cognent

**COMPANY INFORMATION**

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation

700-00029606

Newsroom

Webmail

Client Portal

## Data Management Services:

Data management is one of the most overlooked pieces of the IT puzzle but it is also the most criti
to any business. Outside of your human resources, your data is your company's most valuable ass
Data management transcends more than simple backups. It encompasses accessibility, protection a
management of vast amounts of data. Cognent offers time tested data management to protect y
cash flow, and assist your mission critical components to operate smoothly even in the most serious
disasters.

Some of the Data Management Services we offer:

- Disaster Recovery

- Mass storage solutions

- Sarbanes-Oxley Act of 2002 Compliance

Call your service representative today for more information on these and other data management
needs.

Need custom software development or add-ons to your software? Click here.

Done

## Transaction Details

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |

**Contact Details:**

| | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00029606     **Screen Capture**

# cognent



## Data Management

**Data Management Services:**

Data management is one of the most overlooked pie
of the IT puzzle but it is also the most critical to
business. Outside of your human resources, your da
your company's most valuable asset. Data manager
transcends more than simple backups. It encompa
accessibility, protection and management of
amounts of data. Cognent offers time tested
management to protect your cash flow, and assist your
mission critical components to operate smoothly even in
the most serious of disasters.

Some of the Data Management Services we offer:

- Disaster Recovery

- Mass storage solutions

- Sarbanes-Oxley Act Of 2002 Compliance

Call your service representative today for more information on these and other data
management needs.

Need custom software development or add-ons to your software? Click here.



700 - 000 29606

MF

## Transaction Details

Report Data: 488470

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

| Contact Details: | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00030143



**Screen Capture**



File   Edit   View   History   Bookmarks   Tools   Help

http://www.elpasowebs.com/netsolutions.htm

Home Page



cognent



COMPANY INFORMATION

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation



700-000 30143

Newsroom

Webmail

Client Portal

## Website, Internet and Intranet Services:

In today's business environment your business will not be taken seriously if you do not have a website. Cognent offers a full suite of website solutions to fit any company's budget. From professional static websites to full e-commerce sites, Cognent has a solution to make your business stand-out from your competitors. Cognent is second to none in website construction and support capabilities.

Our award winning web designers can help take your business to the next level using the latest website construction technology along with an artistic eye to provide you a completely and unique web presence. Cognent can accomplish the tasks on time and at an affordable price.

## Cognent offers:

- A Newsletter System that can be added to any website. This gives you the ability to reach out to your existing and potential customers or employees. Your website newsletter page displays the most current newsletters you have created, and archives all the past newsletters. The best part is that it is easy to use, automatically mails out current newsletters, and subscribers self manage their subscriptions

- Corporate Web Mail – yourname@yourcompany.com. Project a professional company image and provide your employees with a fully managed and hosted e-mail solution at affordable price for small businesses and scalable to larger enterprises

- Content Management Systems to provide you the flexibility of changing, as you choose, what is displayed on your site at your convenience

- Catalog Websites to showcase your products, provide information, and direct consumers to a

Done

## Transaction Details

Report Data: 488471

| Name: | Cognent, Inc |
|---|---|
| Home Page: | http://www.elpasowebs.com/ |

**Contact Details:**

| | | |
|---|---|---|
| | Address | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| | Country: | United States |
| | More Data: | |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 700-00030432          **Screen Capture**

 

File  Edit  View  History  Bookmarks  Tools  Help

http://www.elpasowebs.com/corporateinfo.htm

**Home Page**



cognent



Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation

COMPANY INFORMATION

700-0003-0432 ←

 Newsroom

Webmail

 Client Portal

## What we do

Cognent builds state-of-the-art Internet presence for companies, and provides cost effective IT, information technology, solutions to its clients. Our clients have one thing in common, they want cost effective IT solutions to streamline their operations while maximizing their customer services and bottom line.

## How we do it

Cognent provides its services through a well thought out approach gained from years of experience. We have undertaken numerous projects in many different industries providing us with a tremendous base of knowledge. Our team of professionals not only has a combined experience of over 100 years but has also provided management and technology solutions across the globe.

## Why is Cognent better?

Cognent has the experience to bring to the customer the latest technology within their budget. We think innovatively to solve problems, offer alternative solutions, and work with the customer to give the customer what he needs and wants. Cognent is better because we have the most secure and reliable equipment infrastructure in the Southwest that gives the customer the peace of mind that service will not be interrupted because of natural or man made disasters. The best reason why Cognent is better is because we do all this at the most affordable price in the industry.

## Why are we less expensive?

Cognent owners and management have been diligent in our business plan to not fall prey to the expensive trappings of our competitors that do nothing for the enhancement of the product for our

Done

## *Transaction Details*

**Report Data: 488472**

| | |
|---|---|
| **Name:** | Cognent, Inc |
| **Home Page:** | http://www.elpasowebs.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | 4712 Woodrow Bean<br>El Paso, TX 79924<br>Tel: 915-755-3600<br>Fax: 915-755-3607<br>E-mail: sales@cognent.com |
| **Country:** | United States |
| **More Data:** | |

| **Phone #1:** | **Phone #2:** | **Fax:** |
|---|---|---|

**Catalog Image No.** 700-00031681

**Screen Capture**





File  Edit  View  History  Bookmarks  Tools  Help

http://www.elpasowebs.com/hrcrmproduct.htm

Home Page



cognent

COMPANY INFORMATION



7oo-ooo 3 1 6 8 1

 

Newsroom

Webmail

Client Portal

Domain Name Management
Data Management
Internet / Website Services
Graphic Design
HR & CRM Products
Network Architecture & Support
WiFi - Wireless Services
Custom Software Development
Managed Services / Colocation



amitor

relationinformation

**Amitor** is a revolutionary new software that quickly and securely tracks and stores all your business-related information, including:

- Client Names, Addresses and Phone Numbers
- Vendor Contact Information and Purchase History
- Daily, Weekly and Monthly Calendars
- Itineraries, Alerts and Reminders
- Sales Histories and much, much more!

Gone are the days of trying to consolidate all your important business information from multiple sources and incompatible software or devices. Amitor keeps everything you need right at your fingertips no matter where you are. You can view, print, download, upload and merge calendars, contacts, sales

Done

Friday, Jan 16, 2009 11:43 AM
PrintKey 2000 Version 5.10



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 2,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **864299190830**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 4712 TRNS MNT STE C<br>ei paso, TX 79924 |
| **Signed for by:** | P.PAREDES | **Delivery date:** | Jan 30, 2009 13:39 |
| **Service type:** | Priority Envelope | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 864299190830 | **Ship date:** | Jan 29, 2009 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
martin paredes
cognent inc
4712 woodrow bean
ei paso, TX 79924 US

**Shipper:**
MASTERFILE STOCK IMAGE LIBRARY
3 CONCORDE GATE FL 4TH
3 CONCORDE GATE FL 4TH
NORTH YORK, ON M3C3N7 CA

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339